MARIE RUFO et al., Appellants, *v.* SOUTH BROOKLYN SAVINGS BANK, Respondent, et al., Defendants.

Submitted June 10, 1946; decided June 13, 1946.

*Joseph F. Murray* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion unless within 10 days from the date of the order appellants file the required undertaking on appeal and pay $10 costs, and within 20 days from the date of said order appellants file their record on appeal, in which events. motion denied.